GLENN D. POMERANTZ (State Bar No. 112503)
KELLY M. KLAUS (State Bar No. 161091)
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone:  (213) 683-9100
Facsimile:   (213) 687-3702

Attorneys for Plaintiff(s):
UMG RECORDINGS, INC., INTERSCOPE RECORDS, and
MOTOWN RECORD COMPANY, L.P.

PETER L. SIMMONS
MITCHELL EPNER
FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
One New York Plaza
New York, New York  10004
(212) 859-8000

Attorneys for Plaintiffs
CAPITOL RECORDS, INC. et al.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NAPSTER, INC. COPYRIGHT LITIGATION | Case No.:  C-MDL-00-1369 MPH |
| This Document Relates To: | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| UMG RECORDINGS, INC., et al.<br><br>Plaintiffs,<br><br>v.<br><br>HUMMER WINBLAD VENTURE PARTNERS, et al.<br><br>Defendants. | No. C 04-01166 MHP |

Plaintiffs and counterclaim defendants UMG RECORDINGS, INC., INTERSCOPE

RECORDS, and MOTOWN RECORD COMPANY, L.P.; plaintiffs and counterclaim

defendants CAPITOL RECORDS, INC., CAROLINE RECORDS, INC., NOO TRYBE

RECORDS, INC., VIRGIN RECORDS AMERICA, INC., NARADA PRODUCTIONS, INC.,

Fried, Frank, Harris
Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004
(212) 859-8000

-1-

STIPULATION OF DISMISSAL
WITH PREJUDICE

1  HIGHER OCTAVE MUSIC, INC., PRIORITY RECORDS, LLC, THE FOREFRONT

2  COMMUNICATIONS GROUP, INC., JUBILEE COMMUNICATIONS INC., and EMI

3  CHRISTIAN MUSIC GROUP INC.; and defendants and counterclaim plaintiffs HUMMER

4  WINBLAD VENTURE PARTNERS IV, L.P., HUMMER WINBLAD TECHNOLOGY FUND

5  IV, L.P. and defendants HUMMER WINBLAD VENTURE PARTNERS, HUMMER

6  WINBLAD EQUITY PARTNERS IV LLC, HANK BARRY, and JOHN HUMMER, by and

7  through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1),

8  hereby stipulate that the above-captioned action, including all claims and counterclaims raised

9  therein, shall be and hereby are dismissed with prejudice pursuant to a settlement agreement

10  reached by the parties in this action.

11

12  DATED: May 10, 2007                    MUNGER, TOLLES & OLSON LLP

13

14  By: _____/s/_____
                                         Glenn D. Pomerantz
                                         Attorneys for UMG Parties

15

16  DATED: May 10, 2007                    FRIED, FRANK, HARRIS, SHRIVER &
                                         JACOBSON LLP

17

18  By: _____/s/_____
                                         Peter L. Simmons

19                                         Attorneys for EMI Parties

20  DATED: May 10, 2007                    KEKER & VAN NEST, LLP

21

22  By: _____/s/_____
                                         John W. Keker

23                                         Michael Page
                                         Attorneys for Hummer Winblad Parties

24

25  **ORDER**

26  GOOD CAUSE APPEARING THEREFOR, IT IS SO ORDERED

27

28  May 11, 2007                          HON. MARIL
                                         UNITED STAT

IT IS SO ORDERED

Judge Marilyn H. Patel

-2-                    STIPULATION OF DISMISSAL
                                         WITH PREJUDICE

Fried, Frank, Harris
Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004
(212) 859-8000